IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 06- 38 |
| | ) |
| MIGUEL ONGAY, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, MIGUEL ONGAY, as a result of the Indictment returned against him on April 4, 2006.

COLM F. CONNOLLY
United States Attorney

By: _Richard G. Andrews_
Richard G. Andrews
First Assistant United States Attorney

Dated: 4/4/06

AND NOW, this ___4th___ day of ___April___, 2006, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of MIGUEL ONGAY.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge



FILED
APR 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE