FILED IN OPEN COURT
4/7/06 KJK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Crim. Act. No. 06-38-UNA |
| MIGUEL ONGAY, | ) | |
| Defendant. | ) | |

MOTION FOR DETENTION HEARING

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    \_\_\_\_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_\_ Maximum sentence life imprisonment or death

    __X__ 10+ year drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    \_\_\_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__ Defendant's appearance as required

FILED
APR 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    __X__    Safety of any other person and the community

3. **Rebuttable Presumption.** The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    __X__    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing.** The United States requests the court conduct the detention hearing,

    _____    At first appearance

    __X__    After continuance of __3__ days (not more than 3).

DATED this __7th__ day of __April__, 2006.

COLM F. CONNOLLY
United States Attorney

BY: _/s/ Richard G. Andrews_
Richard G. Andrews
First Assistant U. S. Attorney