⊗AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** [REDACTED] |
| V. | |
| MIGUEL ONGAY | Case Number: CR 06-38-UNA |

SE~~A~~LED   UNSEALED 4/6/06 KJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MIGUEL ONGAY _____
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X  Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

POSSESSION WITH THE INTENT TO DISTRIBUTE HEROIN - ( COUNT I );
DISTRIBUTION OF HEROIN- ( COUNT II );
POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME - ( COUNT III );
POSSESSION OF MARIJUANA - ( COUNT IV )

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) & (b)(1)( C ) _____

| PETER T. DALLEO | BY: _[signature]_ : DEPUTY CLERK |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK OF COURT | APRIL 4, 2006 AT WILMINGTON, DE |
| Title of Issuing Officer | Date and Location |

FILED
APR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Wilm, DE

| DATE RECEIVED 4/5/06 | NAME AND TITLE OF ARRESTING OFFICER Tat S. Shum/Special Agent | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 4/6/06 | | |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __MIGUEL A. ONGAY__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: __Wilmington, DE__

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: __M__   RACE: _____

HAIR: __Black__   EYES: __Brown__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __ATF Wilmington, DE Suite 201, 1007 N. Orange Street, Wilmington, DE.__