IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-38-SLR |
| | ) | |
| MIGUEL ONGAY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney Richard G. Andrews as attorney of record on behalf of the United States of America, and enter the appearance of United States Attorney Colm F. Connolly.

                                             Colm F. Connolly
                                             United States Attorney
                                             Nemours Building, #700
                                             P.O. Box 2046
                                             Wilmington, Delaware  19899-2046
                                             colm.connolly@usdoj.gov

Dated:   April 13, 2006