UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. CR06-38 ) ) |
| MIGUEL ONGAY | ) ) |
| Defendant. | ) |

*FILED IN OPEN COURT 4/20/06 KJK*

### ORDER

The defendant, upon entering a plea of not guilty to the Indictment on APRIL 20, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until JUNE 9, 2006. The time between the date of this order and JUNE 9, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED
APR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE