IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-038-SLR |
| ) | |
| MIGUEL ONGAY, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 12th day of June, 2006;

IT IS ORDERED that a telephone conference is scheduled for **Thursday, June 22, 2006** at **10:30 a.m.**, with the court initiating said call.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge