IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-038-SLR |
| | ) |
| MIGUEL ONGAY, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 22d day of June, 2006;

IT IS ORDERED that a status hearing is scheduled for **Wednesday, July 12, 2006 at 11:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that no pleas, except to all charges in the indictment, shall be accepted after **July 12, 2006.**

_____
United States District Judge