IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-38-SLR |
| | ) | |
| MIGUEL ONGAY, | ) | |
| | ) | |
| Defendant. | | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and hereby moves to dismiss Count Four of the Indictment in the above-captioned case pursuant to the Memorandum of Plea Agreement executed on July 12, 2006.

Respectfully submitted,

_____
COLM F. CONNOLLY
United States Attorney

Dated: 10.10.06

IT IS SO ORDERED this __10th__ day of __October__, 2006.

_____
Honorable Sue L. Robinson
Chief United States District Judge